NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE RICOH COMPANY, LTD. PATENT LITIGATION

------------------------------------------------------------------

**SYNOPSYS, INC.,**
*Plaintiff-Appellee,*

v.

**RICOH COMPANY, LTD.,**
*Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RICOH COMPANY, LTD.,**
*Plaintiff-Appellant,*

v.

**AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL, INC., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.,**
*Defendants-Appellees.*

2011-1199

Appeal from the United States District Court for the Northern District of California in case no. 03-CV-2289, Judge James Ware.

## ON MOTION

## O R D E R

Thomas T. Carmack moves to withdraw as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 22 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ron E. Shulman, Esq.
Kenneth W. Brothers, Esq.
Thomas T. Carmack, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 22 2011

JAN HORBALY
CLERK